634

The Wichita Flour Mills Company, trading as The Willis-Norton Company, appellant, v. Oscar. Shawver, appellee. Gen. No. 8,772.

Opinion filed October 13, 1933.

Harvey Gross, for appellant; Glen A. Wisdom, of counsel. C. M. Purdunn and S. M. Scholfield, for appellee.

Mr. Justice Davis delivered the opinion of the court.

Oscar Nelson, auditor of public accounts of the State of Illinois, complainant, v. John B. Colegrove and Company State Bank et al., defendants.

First National Bank of Chicago, appellant, v. R. Digby Large, receiver of the John B. Colegrove and Company State Bank, appellee. Gen. No. 8,776.

Opinion filed October 13, 1933.

Hogan & Coale and Provine & Williams, for appellant. Oscar J. Putting, for appellee.

Mr. Justice Davis delivered the opinion of the court.

Vena Roberts, defendant in error, v. T. W. Doss, plaintiff in error. Gen. No. 8,702.

Opinion filed October 13, 1933.

W. A. Doss, Carl I. Glasgow and C. R. Patterson, for plaintiff in error. Sentel & Cochran, for defendant in error.

Mr. Justice Fulton delivered the opinion of the court.

Nellie L. Gregory, appellee, v. City of Champaign, appellant. Gen. No. 8,731.

Opinion filed October 13, 1933. Rehearing denied January 4, 1934.

Knotts & Knotts and T. E. Lyons, for appellant. Dobbins & Dobbins and R. F. Dobbins, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Vena Roberts, appellee, v. W. A. Doss, appellant. Gen. No. 8,739.

Opinion filed October 13, 1933.

W. A. Doss, Carl I. Glasgow and C. E. Corbett, for appellant. Sentel & Cochran, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Central Illinois Electric and Gas Company, appellant, v. Central Utilities Corporation, appellee. Gen. No. 8,750.

Opinion filed October 13, 1933.

Acton, Acton & Baldwin and Frank P. Abbott, for appellant. Gunn, Penwell & Lindley, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Clara Upton, appellee, v. The Security Benefit Association, appellant. Gen. No. 8,756.

Opinion filed October 13, 1933. Rehearing denied January 4, 1934.

Roger E. Chapin, A. W. Fulton and Jos. F. Sheen, for appellant. John G. Friedmeyer, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Georgia D. Nunes, plaintiff in error, v. National Fire Insurance Company of Hartford, defendant in error. Gen. No. 8,759.

Opinion filed October 13, 1933.

Hairgrove & Absher, for plaintiff in error. Frank R. Sullivan and T. J. Sullivan, for defendant in error.

Mr. Justice Fulton delivered the opinion of the court.

Glenn Seymour, administrator of the estate of Walter Seymour, deceased, appellee, v. Chicago and Eastern Illinois Railway Company, appellant. Gen. No. 8,680.

Opinion filed October 13, 1933.

Acton, Acton & Baldwin, for appellant; K. L. Richmond and W. M. Acton, of counsel. Jesse Young and Charles Troup, for appellee.

Per curiam.